1 | BRENDA H. ENTZMINGER
Nevada Bar No. 9800
2 | MARJAN HAJIMIRZAEE
Nevada Bar No.11984
3 | **PHILLIPS, SPALLAS & ANGSTADT LLC**
504 South Ninth Street
4 | Las Vegas, Nevada 89101
5 | (702) 938-1510

6 | *Attorneys for Defendant*
7 | *Wal-Mart Stores, Inc.*

8 |                 UNITED STATES DISTRICT COURT

9 |                     DISTRICT OF NEVADA

| | |
|---|---|
| 10  KC James Malicoat, individually, | Case No.: 2:13-cv-00131-APG-GWF |
| 11               Plaintiff, | **STIPULATION AND ORDER FOR** |
| 12  v. | **DISMISSAL WITH PREJUDICE** |
| 13  Wal-Mart Stores, Inc., and DOES 1 through 100; and ROE CORPORATIONS 101 through 200, | |
| 14 | |
| 15               Defendants. | |

16 |     IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective

17 | counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear that

18 | //
19 | //
20 | //
21 | //
22 | //
23 | //
24 | //
25 | //
26 |
27 |
28 |

- 1 -

1  party's own costs and attorney's fees.

2  DATED this 9th day of September, 2013.

3  **BERNSTEIN & POISSON**

4  /s/

5  Jamie H. Corcoran, Esq.
   320 South Jones Boulevard

6  Las Vegas, Nevada 89107
   *Attorneys for Plaintiff*

7

2  DATED this 9th day of September, 2013.

3  **PHILLIPS, SPALLAS & ANGSTADT**

4  /s/

5  Marjan Hajimirzaee
   504 South Ninth Street

6  Las Vegas, Nevada 89101
   *Attorneys for Defendant*

8

9  **ORDER**

10

11  PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel,

12  it is hereby:

13  ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed,

14  with prejudice, each party to bear that party's own costs and attorney's fees.

15  DATED this 10th day of September, 2013.

16

17

18  UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28

- 2 -