BRENDA H. ENTZMINGER
Nevada Bar No. 9800
MARJAN HAJIMIRZAEE
Nevada Bar No.11984
**PHILLIPS, SPALLAS & ANGSTADT LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510

*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KC James Malicoat, individually,<br><br>Plaintiff,<br><br>v.<br><br>Wal-Mart Stores, Inc., and DOES 1 through 100; and ROE CORPORATIONS 101 through 200,<br><br>Defendants. | Case No.: 2:13-cv-00131-APG-GWF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear that

//
//
//
//
//
//
//

- 1 -

party's own costs and attorney's fees.

DATED this 9th day of September, 2013.

**BERNSTEIN & POISSON**

/s/
Jamie H. Corcoran, Esq.
320 South Jones Boulevard
Las Vegas, Nevada 89107
*Attorneys for Plaintiff*

DATED this 9th day of September, 2013.

**PHILLIPS, SPALLAS & ANGSTADT**

/s/
Marjan Hajimirzaee
504 South Ninth Street
Las Vegas, Nevada 89101
*Attorneys for Defendant*

## ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed, with prejudice, each party to bear that party's own costs and attorney's fees.

DATED this 10th day of September, 2013.

_____
UNITED STATES DISTRICT JUDGE